[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-13868
Non-Argument Calendar

_____

D.C. Docket No. 6:14-cr-00248-JA-GJK-l

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEAN ROUSSEL ELOI,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida

_____

(October 13, 2016)

Before TJOFLAT, WILLIAM PRYOR and JILL PRYOR, Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed appellate counsel for Jean Eloi, has filed a motion

to withdraw on appeal, supported by a brief prepared pursuant to *Anders v.*

*California,* 386 U.S. 738,  87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Our

independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Eloi's convictions and sentences are AFFIRMED. All pending motions are DENIED as moot.